IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIM GRAVES                                          :
       Plaintiff,                              :    CIVIL ACTION
                                               :
       v.                                      :
                                               :
                                               :    NO. 02-cv-4056
THE CHURCH OF THE LORD JESUS
CHRIST OF THE APOSTALIC FAITH, INC.
       Defendant.

## O R D E R

The Complaint in the above referenced matter was filed on June 25, 2002. As of March 10, 2003, service has not been effected within 120 days of filing of the Complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure. Accordingly, this      day of March, 2003, **IT IS HEREBY ORDERED** and **DECREED** that service shall be effected by March 24, 2003. Failure to do so will subject the action to dismissal pursuant to Federal Rule of Civil Procedure 4(m).

                                                      **BY THE COURT:**

                                                      Legrome D. Davis, Judge

civil-o.frm (9/97)