IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM GRAVES | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-cv-4056 |
| | : | |
| THE CHURCH OF THE LORD JESUS | : | |
| CHRIST OF THE APOSTALIC | : | |
| FAITH, INC., et al., | : | |
|     Defendants. | : | |

**O R D E R**

AND NOW, this      day of April, 2003, it is hereby ORDERED as follows:

1. Upon consideration of Plaintiff Kim Graves's Motion for Reimbursement for Costs of Service, it is hereby ORDERED that the Motion is DENIED at this time. It is further ORDERED that Plaintiff may file an Amended Motion for Reimbursement by **May 2, 2003**, setting forth the legal basis upon which the Motion is based, and the applicable legal standard for ruling upon such motions. It is further ORDERED that Defendants shall file a response to any such Amended Motion for Reimbursement within **two weeks** from the date any such Motion is filed. The Clerk of Court shall designate the Motion for Reimbursement (**Docket Entry No. 8**) as no longer pending for statistical purposes.

2. Upon consideration of the Motion to Dismiss pursuant to Fed. R. Civ. P. 4(m) for failure to serve the summons and complaint within 120 days after the filing of the complaint, filed by Defendant Anthonee J. Patterson ("Defendant Patterson"), it is hereby ORDERED that the Motion to Dismiss is DENIED. Fed. R. Civ. P. 4(m) expressly

      provides that a court may "direct that service be effected within a specified time." The Court here entered an Order on March 11, 2003 giving Plaintiff until March 24, 2003 to serve the summons and complaint, and the summonses and copies of the Complaint were, in fact, served upon Defendant Patterson on March 20, 2003. The Clerk of Court shall designate this Motion (**Docket Entry No. 9**) as no longer pending for statistical purposes.

3. Upon consideration of Plaintiff's Motion for Judgment by Default, requesting the entry of default judgment against Defendants Church of the Lord Jesus Christ of the Apostolic Faith, Inc. ("Defendant Church") and Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc. ("Defendant Trustees"), it is hereby ORDERED that the Motion is DENIED at this time. The Clerk of Court shall designate this Motion (**Docket Entry No. 10**) as no longer pending for statistical purposes.

4. It is ORDERED that Defendant Patterson shall file an Answer to the Complaint by **May 7, 2003**. Furthermore, if Defendant Patterson's filings are intended to be filed on behalf of Defendant Church and Defendant Trustees as well as himself, Defendant Patterson's Answer shall so state. Otherwise, Defendant Church and Defendant Trustees are hereby ORDERED to respond to the Complaint by **May 7, 2003**, and Plaintiff may file a renewed Motion for Default Judgment if responsive pleadings are not filed by Defendant Church and/or Defendant Trustees by such date.

                                                  BY THE COURT:

                                                  Legrome D. Davis