IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM GRAVES | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-cv-4056 |
| | : | |
| THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTALIC FAITH, INC., et al., | : : : | |
|     Defendants. | : | |

## **O R D E R**

AND NOW, this      day of May, 2003, upon consideration of Defendant Bishop Anthonee J. Patterson's Motion to Dismiss for Failure to Join Persons Needed for Just Adjudication Pursuant to Fed. R. Civ. P. 19(b), filed on May 22, 2003, it is hereby ORDERED that Plaintiff Kim Graves shall file a response to said Motion by **June 9, 2003.**

BY THE COURT:

Legrome D. Davis