IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM GRAVES, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|     v. | : | NO. 02-cv-4056 |
| | : | |
| THE CHURCH OF THE LORD JESUS | : | |
| CHRIST OF THE APOSTALIC | : | |
| FAITH, INC., et al., | : | |
|     Defendants. | : | |

## **O R D E R**

AND NOW, this _____ day of May, 2003, upon consideration of Plaintiff's Amended Motion for Reimbursement for Costs of Service, filed on May 2, 2003 (Docket Entry No. 12), it is hereby ORDERED that Defendants shall file a response to the Amended Motion for Reimbursement by **June 9, 2003**.

BY THE COURT:

Legrome D. Davis