June 9, 2003

**AMENDED NOTICE**

RE:   KIM GRAVES v. THE CHURCH OF THE LORD JESUS CHRIST OF THE APOSTALIC FAITH, INC. et al. - 02-cv-4056

Judge Davis has re-scheduled the above-referenced case for a **Rule 16 conference** in his chambers, **Room 5918**, to <u>**Tuesday, June 24, 2003 at 3:00 p.m.**</u>

Very truly yours,

Jessica Whitfield
Deputy Clerk to
Hon. Legrome D. Davis
(267)299-7651
(267)299-5076 (fax)

<u>Copies by mail to:</u>
F. Marcone, Esq.
A. Lebowitz, Esq.
C. Grant, Esq.
6/9/03 - JW