IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM GRAVES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-cv-4056 |
| | : | |
| THE CHURCH OF THE LORD JESUS | : | |
| CHRIST OF THE APOSTALIC | : | |
| FAITH, INC., et al., | : | |
| Defendants. | : | |

## SCHEDULING ORDER

AND NOW, this       day of June, 2003, it is hereby ORDERED as follows:

1. All discovery shall be completed by **October 20, 2003.**

2. Any dispositive motions shall be filed on or before **November 17, 2003.**

3. Responses to any dispositive motions shall be filed **within four weeks** from receipt of such motions, or by **December 15, 2003**, whichever date is earlier.

4. The parties may at any time jointly request in writing that this matter be referred to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference.

BY THE COURT:

Legrome D. Davis