IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM GRAVES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CHURCH OF THE LORD JESUS | : | |
| CHRIST OF THE APOSTALIC FAITH, | : | |
| INC.  TRUSTEES OF THE GENERAL | : | |
| ASSEMBLY OF THE CHURCH OF THE | : | |
| LORD JESUS CHRIST OF THE | : | |
| APOSTALIC FAITH, INC. and | : | |
| ANTHONEE J. PATTERSON, BISHOP | : | NO. 02-cv-04056-LDD |

**O R D E R**

AND NOW, this         day of December, 2003, IT IS HEREBY ORDERED that the Clerk shall refer this matter to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference.  The date and time of the settlement conference shall be set by Judge Welsh.

BY THE COURT:

_____
**LEGROME D. DAVIS, J.**