IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM GRAVES** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. **02-4056** |
| **THE CHURCH OF THE LORD JESUS CHURCH OF THE APOSTALIC INC.** | | |

## O R D E R

       **AND NOW, TO WIT:** This **15th** day of **JANUARY**, **2004**, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

       It is further **ORDERED** that all pending motions are **DENIED** as moot. The Clerk of Court is directed to statistically close this matter.

       **BY THE COURT:**

       _____
       **Legrome D. Davis, Judge**

1/15/04 CS
F. Marcone (e-mail)
A. Patterson (mail)
A. Lebowitz (e-mail)
C. Grant (e-mail)

Civ 2 (8/2000)
41(b).frm