IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM GRAVES** | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| **THE CHURCH OF THE LORD JESUS** | : | NO. 02-4056 |
| **CHRIST OF THE APOSTOLIC FAITH** | : | |
| | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, Kim Graves ("Plaintiff") and The Church of the Lord Jesus Christ of the Apostolic Faith ("Defendant"), by and through their undersigned counsel of record and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of any and all claims asserted by Plaintiff against Defendant in the above captioned matter. Each party will bear his or its respective fees, expenses, and costs.

ORDERED, this        day of            , 2005.

BY THE COURT:

_____
Legrome D. Davis, S.J.

AGREED TO BY:

**FRANK MARCONE, ESQ.**
127 Chester Pike
Ridley Park, PA 19078

*/s/ Frank Marcone*
Frank Marcone, Esq.
Attorney for Plaintiff, Kim Graves

**GRANT & LEBOWITZ, LLC**
1818 Market St., 33rd Floor
Philadelphia, PA 19103

*/s/ Charles J. Grant*
Charles J. Grant, Esq.
Attorney for Defendant,
The Church of the Lord Jesus Christ
of the Apostolic Faith